# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE

IN RE:
WILLIAM MACEO HARRIS JR
PATRICE CELESTINE CARTER  
713 BOWFIELD CT
ANTIOCH, TN  37013

Case No.17-02977-CW3-13
CHAPTER 13

SSN XXX-XX-2741     SSN XXX-XX-1626

## TRUSTEE'S NOTICE OF FILING OF ADDITIONAL CLAIM

Comes now the Standing Chapter 13 Trustee and hereby serves notice that the following claim was filed against the estate of the debtor and that such claim was not included in previous notices disclosing claims:

| NAME AND ADDRESS OF CREDITOR | AMOUNT | CLASSIFICATION |
|---|---|---|
| IAFCO LLC<br>MERIDIAN BUYERS GROUP<br>95 WHITE BRIDGE ROAD STE 500<br>NASHVILLE, TN  37205-0000 | $15,178.78 | AUTOMOBILE LOAN<br>Disb Level: 21.00<br>ACCT:8649<br>COMM: 13 TOYOTA CAMRY |
| Court's Claim# 15 | Trustee's Claim# 2 | DATE FILED: 10/11/2018 |

10/24/2018  
DATE SENT

JJW  
INITIALS

/s/ Henry E. Hildebrand, III  
HENRY E. HILDEBRAND, III  
CHAPTER 13 TRUSTEE  
P O BOX 340019  
NASHVILLE, TN  37203  
PHONE: 615-244-1101  
FAX: 615-242-3241  
pleadings@ch13nsh.com

cc:
FLEXER LAW PLLC
1900 CHURCH STREET SUITE 400
NASHVILLE, TN  37203-7203

WILLIAM MACEO HARRIS JR
PATRICE CELESTINE CARTER
713 BOWFIELD CT
ANTIOCH, TN  37013

CHAPTER 13 TRUSTEE